

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| RONNIE KEITH DAVIS | CIVIL DOCKET NO. 1:09-cv-01450 |
| -vs- | JUDGE DRELL |
| JAMES LeBLANC | MAGISTRATE JUDGE KIRK |

### J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent (de novo) review of the record including the objections filed by petitioner, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that the motion for temporary restraining order and/or preliminary injunction (DOC. #8) is DENIED.

**THUS DONE AND SIGNED**, in chambers, in Alexandria, Louisiana, on this _5th_ day of July, 2010.

Dee D. Drell
UNITED STATES DISTRICT JUDGE