RECEIVED
IN ALEXANDRIA, LA.
OCT 07 2010
TONY R. MOORE, CLERK
BY_____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| DAVIS | CIVIL ACTION NO. 09-1450 |
| VERSUS | U.S. DISTRICT JUDGE DEE D. DRELL |
| LeBLANC, ET AL | U.S. MAGISTRATE JUDGE JAMES D. KIRK |

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that the motion for temporary restraining order and preliminary injunction (DOC. #40) is DENIED.

**THUS DONE AND SIGNED**, in chambers, in Alexandria, Louisiana, on this ___7th___ day of ___October___, 2010.

Dee D. Drell
**UNITED STATES DISTRICT JUDGE**