

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

DAVIS                              CIVIL ACTION NO. 09-1450

VERSUS                             U.S. DISTRICT JUDGE DEE D. DRELL

LEBLANC, et al                     U.S. MAGISTRATE JUDGE JAMES D. KIRK


### J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that the motion for preliminary injunction/ protective order (DOC. #105) is DENIED.

**THUS DONE AND SIGNED**, in chambers, in Alexandria, Louisiana, on this _____ day of November, 2011.


                                  Dee D. Drell
                                  UNITED STATES DISTRICT JUDGE