

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| DAVIS | CIVIL ACTION NO. 09-1450 |
| VERSUS | U.S. DISTRICT JUDGE DEE D. DRELL |
| LEBLANC, et al | U.S. MAGISTRATE JUDGE JAMES D. KIRK |

### J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that the motion for preliminary injunction/ protective order (DOC. #105) is DENIED.

**THUS DONE AND SIGNED**, in chambers, in Alexandria, Louisiana, on this _____ day of November, 2011.

Dee D. Drell
**UNITED STATES DISTRICT JUDGE**