**RECEIVED**

JUN - 4 2012

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| RONNIE KEITH DAVIS | CIVIL ACTION NO. 09-1450 |
| VERSUS | JUDGE TRIMBLE |
| JAMES LEBLANC, ET AL. | MAGISTRATE JUDGE KIRK |

## JUDGMENT

Before the court is the report and recommendation of the magistrate judge, wherein it is recommended that plaintiff's claims in the above-captioned suit be dismissed with prejudice.[1] After a de novo review of the record, including all objections filed thereto, the court finds that the report and recommendation is correct under applicable law and jurisprudence. Accordingly, it is hereby

**ORDERED, ADJUDGED** and **DECREED** that all claims by plaintiff in the above-captioned suit are **DENIED** and **DISMISSED** with prejudice.

Our review of the record in this case also reveals a number of more recent filings. Given the court's dismissal of all claims in this matter, it is further

**ORDERED** that all other pending motions are **DENIED as MOOT**.[2]

**THUS DONE AND SIGNED** in chambers at Alexandria, Louisiana this 4th day of June, 2012.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE

---

[1] R. 108.
[2] R. 127, 135, 138, 143, 144, 148, 152, 154.